**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 7/17/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD A. WRIGHT, Individually and On Behalf of All Others Similarly Situated ) <br><br> Plaintiffs, ) <br><br> vs. ) <br><br> WACHOVIA CORP; et al., ) <br><br> Defendants. ) | ECF Case <br><br> Case No. 08 Civ. 5324 (DC) (DF) |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of David S. Preminger, co-counsel for Plaintiffs, and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that Derek W. Loeser, Keller Rohrback, L.L.P., 1201 Third Avenue, Seattle, Washington 98101-3052, (telephone), (206) 623-1900, (fax) (206) 623-3384, dloeser@kellerrohrback .com, is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

So Ordered:   New York, NY
              July 16, 2008

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

1