UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Plaintiff
TODD A. WRIGHT, INDIVIDUALLY AND ON BEHALF OF ALL
OTHER SIMILARLY SITUATED
vs.
Defendant
WACHOVIA CORP., ET AL.,

Case No.: 08 CIV 5324
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on _____
I, Patrick Galvin, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 1 2008 10:00AM, I executed service of SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET on WACHOVIA CORP., at 327 HILLSBOROUGH Street, RALEIGH, Wake County, NC 27603

By Personal Service to: Heather Hughes, REGISTERED AGENT, A white female approx. 35-40 years of age 5'8"-5'10" in height weighing 220-240 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Jul 02, 2008

Patrick Galvin, Reg. # 935, Wake, NC

State of North Carolina County of Franklin
Subscribed and sworn to before me, a notary public on Jul 02, 2008

Notary Public

FOR: Keller, Rohrback L.L.P.
REF: 28003.8

Order No. 5335490 SEA

NANCY ANN GRAY
NOTARY PUBLIC
Franklin County, North Carolina
My Commission Expires May 25, 2010

*JUDGE CHIN*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 5324**

------------------------------------------------x
TODD A. WRIGHT, individually and On
Behalf of All Others Similarly Situated,

              Plaintiffs,       **SUMMONS IN A CIVIL CASE**

  -against-                           CASE NUMBER

WACHOVIA CORP., et al.,

              Defendants.

(full caption attached)
------------------------------------------------x

    TO:    To Wachovia Corp. at One Wachovia Center, 301 South College Street, Charlotte, North Carolina, and to all other Defendants c/o Wachovia Corp. at that address

        **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David S. Preminger
Rosen Preminger & Bloom LLP
708 Third Avenue, Suite 1600
New York, NY 10017

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**             JUN 1 1 2008

_____         _____
CLERK                                               DATE

*[signature]*

(BY) DEPUTY CLERK

| | |
|---|---|
| TODD A. WRIGHT, Individually and On Behalf of All Others Similarly Situated<br><br>       Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORP; JOHN D. BAKER, II; PETER C. BROWNING; JOHN T. CASTEEN, III; JEROME A. GITT; WILLIAM H. GOODWIN, JR.; MARYELLEN C. HERRINGER; ROBERT A. INGRAM; DONALD M. JAMES; MACKEY J. MCDONALD; JOSEPH NEUBAUER; TIMOTHY D. PROCTOR; ERNEST S. RADY; VAN L. RICHEY; RUTH G. SHAW; LANTY L. SMITH; G. KENNEDY THOMPSON; DONA DAVIS YOUNG; BENJAMIN J. JOLLEY; SHANNON MCFAYDEN; and JOHN AND JANE DOES 1-20.<br><br>       Defendants. | ))))))))))))))))))))))))) |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                 *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.